UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CASE SUMMARY

Case Number **CR10-1123**
U.S.A. v. Andranik Satamyan
☑ Indictment  ☐ Information

Defendant Number 4
Year of Birth 1990
Investigative agency (FBI, DEA, etc.) FBI, IRS

NOTE: All items are to be completed. Information not applicable or unknown shall be indicated as "N/A".

**OFFENSE/VENUE**
a. Offense charged as a:  ☐ Petty Offense
   ☐ Misdemeanor  ☐ Minor Offense  ☑ Felony
b. Date of offense Multiple
c. County in which first offense occurred
   Los Angeles
d. The crimes charged are alleged to have been committed in:
   CHECK ALL THAT APPLY
   ☑ Los Angeles          ☐ Ventura
   ☐ Orange               ☐ Santa Barbara
   ☐ Riverside            ☐ San Luis Obispo
   ☐ San Bernardino       ☐ Other _____
Citation of offense  18:1349, 18:1344, 18:1956, 18:1028A

**COMPLEX CASE**
Are there 8 or more defendants in the Indictment/Information?
☑ Yes*          ☐ No

Will more than 12 days be required to present government's evidence in the case-in-chief?
☑ Yes*          ☐ No

*AN ORIGINAL AND 3 COPIES OF THE NOTICE OF COMPLEX CASE MUST BE FILED 2 BUSINESS DAYS BEFORE THE ARRAIGNMENT IF EITHER YES BOX IS CHECKED.

**Superseding Indictment/Information**
This is the _____ superseding charge, i.e. 1st, 2nd.
The superseding case was previously filed on:

Case Number _____

The superseded case:
☐ is still pending before Judge/Magistrate Judge

☐ was previously dismissed on _____

Are there 8 or more defendants in the superseding case?
☐ Yes*          ☐ No

Will more than 12 days be required to present government's evidence in the case-in-chief?
☐ Yes*          ☐ No

**RELATED CASE**
Has an indictment or information involving this defendant and the same transaction or series of transactions been previously filed and dismissed before trial?   ☑ No   ☐ Yes
   IF YES  Case Number _____

Pursuant to Section 11 of General Order 224, criminal cases may be related if a previously filed indictment or information and the present case:
a. arise out of the same conspiracy, common scheme, transaction, series of transactions or events; or
b. involve one or more defendants in common, and would entail substantial duplication of labor in pretrial, trial or sentencing proceedings if heard by difference judges.
Related case(s), if any: MUST MATCH NOTICE OF RELATED CASE _____

Was a Notice of Complex Case filed on the Indictment or Information?
☐ Yes          ☐ No

*AN ORIGINAL AND 3 COPIES OF THE NOTICE OF COMPLEX CASE MUST BE FILED 2 BUSINESS DAYS BEFORE THE ARRAIGNMENT IF EITHER YES BOX IS CHECKED.

Is an interpreter required:  ☑ Yes   ☐ No
IF YES, list language and/or dialect:
Armenian (Eastern)

**PREVIOUSLY FILED COMPLAINT**
A complaint was previously filed on: _____
   Case Number _____
   Charging _____

The complaint:   ☐ is still pending
   ☐ was dismissed on: _____

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CASE SUMMARY

**OTHER**
☑ Male                    ☐ Female
☑ U.S. Citizen            ☐ Alien
Alias Name(s) Andy _____

This defendant is charged in:    ☐ All counts
☑ Only counts: 1, 2, 3 _____

☐ This defendant is designated as "High Risk" per 18 USC 3146(a)(2) by the U.S. Attorney.

☐ This defendant is designated as "Special Case" per 18 USC 3166(b)(7).

Is defendant a juvenile?        ☐ Yes    ☑ No
IF YES, should matter be sealed?  ☐ Yes    ☑ No

The area of substantive law that will be involved in this case includes:

☐ financial institution fraud    ☐ public corruption
☑ government fraud               ☐ tax offenses
☐ environmental issues           ☐ mail/wire fraud
☐ narcotics offenses             ☐ immigration offenses
☐ violent crimes/firearms        ☐ corporate fraud
☐ Other: _____

**CUSTODY STATUS**
Defendant is **not** in custody:
a. Date and time of arrest on complaint: _____
b. Posted bond at complaint level on: _____
   in the amount of $ _____
c. PSA supervision?    ☐ Yes    ☐ No
d. Is a Fugitive       ☐ Yes    ☐ No
e. Is on bail or release from another district: _____
f. ☐ Has not been arrested but will be notified by summons to appear.
g. Warrant requested.    ☑ Yes    ☐ No

Defendant is **in** custody:
a. Place of incarceration:    ☐ State    ☐ Federal
b. Name of Institution: _____
c. If Federal: U.S. Marshal's Registration Number: _____
d. ☐ Solely on this charge. Date and time of arrest: _____
e. On another conviction:   ☐ Yes    ☐ No
   IF YES ☐ State    ☐ Federal    ☐ Writ of Issue
f. Awaiting trial on other charges:  ☐ Yes    ☐ No
   IF YES ☐ State    ☐ Federal    AND
   Name of Court: _____

Date transferred to federal custody: _____

This person/proceeding is transferred from another district pursuant to F.R.CrP. ___ 20 ___ 21 ___ 400

**EXCLUDABLE TIME**
Determinations as to excludable time prior to filing indictment/information EXPLAIN: _____

Date 10/6/10 _____

_signature_
Signature of Assistant U.S. Attorney

Craig H. Missakian _____
*Print Name*